Ronald M. SMITH, Petitioner–
Appellant,

v.

Steven J. GAL, Warden, FCI, Estill,
Respondent–Appellee.

No. 02–7488.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 6, 2003.

Ronald M. Smith, Appellant Pro Se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald M. Smith, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. Gal,* No. CA–01–3651–8–18BI (D.S.C. Sept. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*